# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **VS.** | ) Case No: 2:23-cr-101-AMM-GMB |
| | ) |
| **GREGORY LAMARCUS GREEN,** | ) |
| **Defendant.** | ) |

## ORDER

This case is before the court on Defendant Gregory Lamarcus Green's Motion to Suppress. Doc. 16.[1] The government filed an opposition to Mr. Green's Motion to Suppress. Doc. 24. The magistrate judge held an evidentiary hearing on October 10, 2023. Doc. 27. The magistrate judge then permitted the parties to file supplemental briefs. *Id.* at 132–36. Mr. Green filed a Post-Hearing Brief, Doc. 31, and the government filed a Response in Opposition, Doc. 33. The parties also filed a Joint Stipulation of Facts. Doc. 32. On February 12, 2024, the magistrate judge entered a report recommending that the court deny the Motion to Suppress. Doc. 41. Mr. Green has filed objections to that recommendation. Doc. 42.

In his objections, Mr. Green does not argue that the magistrate judge's report contained any factual errors or relied on improper law. First, Mr. Green challenges

---

[1] Mr. Green filed both an original Motion to Suppress, Doc. 15, and a Corrected Motion to Suppress, Doc. 16.

the magistrate judge's "[c]haracterization of Titan's search of the Avalanche as a 'free air' sniff." *Id.* at 1. Second, Mr. Green challenges the magistrate judge's "[c]rediting Officer Brown's testimony that he detected the odor of marijuana." *Id.* at 2. Third, Mr. Green challenges the magistrate judge's "[f]inding that Titan's alert was reliable." *Id.* at 8. These objections are disagreements with the magistrate judge's weighing of the evidence and ultimate legal conclusion based on that evidence. Because Mr. Green's objections do not support rejecting the magistrate judge's recommendation, the court **OVERRULES** his objections. Doc. 42.

Having carefully reviewed and considered de novo all the materials in the record, including the report and recommendation and the objections thereto, the court hereby **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Doc. 41. Thus, the court **DENIES** Mr. Green's Motion to Suppress. Doc. 16. As noted in the report and recommendation, Doc. 41 at 28, the court also **DENIES** Mr. Green's original Motion to Suppress, Doc. 15, as moot.

**DONE** and **ORDERED** this 7th day of March, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE